

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00515-CV

**IN RE** Tamer F. **MORSI**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: July 8, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On June 30, 2026, relator, Tamer F. Morsi, filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes that Morsi has not shown he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-25242, styled *Tamer F. Morsi v. Golden Energy, LLC*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.